UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-02333-FLA (SK) | Date | August 7, 2026 |
| Title | Ana Rosita Romero Vazquez v. Warden, Adelanto ICE Processing Center, et al. | | |

| | |
|---|---|
| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |

| Twyla Freeman | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney Present for Petitioner: | Attorney Present for Respondent: |
| Mario Ashraf Iskander | Chung Hae Han, AUSA |

**Proceedings:**    **DEFENDANT'S MOTION FOR IMMEDIATE RELEASE FROM UNLAWFUL AND MEDICALLY DANGEROUS DETENTION [13]**

**TRAVERSE TO PETITION FOR HABEAS CORPUS [19]**

The matter is called for hearing.   Court certified Spanish Language Interpreter F. Javier Villalobos is present and interprets Spanish language into English language for Ana Rosita Romero Vazquez.

The court hears argument. After consideration of argument, defendant's Motion for Immediate Release from Unlawful and Medically Dangerous Detention (Dkt. 13) is GRANTED.   Ana Rosita Romero Vazquez (A# 241-713-272) is ordered released forthwith.   Respondents shall lodge with the court a copy of the DAR of Petitioner's May 19, 2026 bond hearing before Immigration Judge Steven Marcus.   Written Order to follow.

|  | 00 | : | 59 |
|---|---|---|---|
| Initials of Preparer | tf | | |