UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02333-FLA-SK Date: August 21, 2026

Title Ana Rosita Romero Vazquez v. Warden, Adelanto ICE Proc. Ctr, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

The parties are ordered to show cause in person at 1:30 PM in Courtroom 540 (Royal Fed. Bldg and U.S. Courthouse) on September 2, 2026 what issues precluding final entry of judgment on the habeas petition remain. *See* Fed. R. Civ. P. 1; *Nielsen v. Preap*, 586 U.S. 392, 403–04 (2019); *Gonzalez v. Arizona*, 677 F.3d 383, 390 (9th Cir. 2012) (en banc); *Ranchers Cattlemen Action Legal Fund United Stockgrowers of Am. v. U.S. Dep't of Agr.*, 499 F.3d 1108, 1114 (9th Cir. 2007); Fed. R. Civ. P. 65(a)(2).

The parties may discharge this order by a stipulation for entry of final judgment (without prejudice to arguments actually and meaningfully preserved for appeal) based on the same reasons and on the same terms set forth in the district court's August 7, 2026 order granting petitioner immediate release. *See, e.g.*, *Kaur v. Bowen*, No. 5:26-cv-228-DOC, ECF 32 (Aug. 14, 2026); *F.A.L. v. Rios, et al.*, No. 8:26-cv-354-ODW, ECF 21 (May 1, 2026); *Nguyen v. Marin, et al.*, No. 5:26-cv-1587-MWC, ECF 22 (May 14, 2026); *Rojas v. Semaia*, No. 5:25-cv-1509-SK, ECF 24 (April 24, 2026).

If the parties intend to so stipulate, they must file and lodge with FLA Chambers: (a) the stipulation; (b) the proposed stipulated order; and (c) the proposed judgment. If those documents are filed and lodged with FLA Chambers by 5 PM PT on August 26,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02333-FLA-SK Date: August 21, 2026
Title Ana Rosita Romero Vazquez v. Warden, Adelanto ICE Proc. Ctr, et al.

2026, the September 2 show-cause hearing with this court will be automatically vacated with no appearances of counsel required.

IT IS SO ORDERED.