JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ROSITA ROMERO VAZQUEZ,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER, *et al.*,<br>Respondents. | Case No. 5:26-cv-02333-FLA (SK)<br>**JUDGMENT** |

Pursuant to the Order Approving Stipulation for Entry of Final Judgment, and in accordance with the court's August 7, 2026 Order Granting Petitioner's Motion for Temporary Restraining Order (Dkt. 28),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Petitioner Ana Rosita Romero Vazquez ("Petitioner," A# 241-713-272) and against Respondents on the Petition for Writ of *Habeas Corpus* (Dkt. 1), based on the same reasons and on the same terms as set forth in the August 7, 2026 Order;
2. Petitioner was ordered released from custody forthwith pursuant to the August 7, 2026 Order and has been released;
3. This Judgment is entered without prejudice to any arguments actually and meaningfully preserved by either party for appeal; and
4. This Judgment is final and disposes of this action in its entirety.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 1, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge